Erin P. Gibson (SBN 229305)
Catherine Huang (SBN 299696; to be admitted *pro hac vice*)
**DLA Piper LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101-4297
T: 619.699.2862
F: 619.764.6662
erin.gibson@dlapiper.com

Michael D. Hynes (to be admitted *pro hac vice*)
**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T: 973.520.2550
F: 212.884.8642
michael.hynes@dlapiper.com

Stuart E. Pollack (to be admitted *pro hac vice*)
**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
T: 212.335.4500
F: 212.884.8464
stuart.pollack@dlapiper.com

*Attorneys for Plaintiff Immunomedics, Inc.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>SUBPOENA ON SORRENTO THERAPEUTICS, INC.<br><br>IMMUNOMEDICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., ABC ENTITIES 1-10, and JOHN DOES 1-10,<br>Defendants. | Case No. **'16CV1531 AJB NLS**<br><br>**PLAINTIFF IMMUNOMEDICS, INC.'S MOTION TO ENFORCE SUBPOENA AND COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY SORRENTO THERAPEUTICS, INC.**<br><br>**[Action pending in the District of New Jersey, Case No. 2:15-cv-04526-JLL-JAD]** |

EAST\125326817.1

DLA Piper LLP (US)
San Diego

PLAINTIFF'S MOTION TO ENFORCE SUBPOENA
AND COMPEL PRODUCTION OF DOCUMENTS;
CASE NO. _____

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as counsel may be heard, Plaintiff Immunomedics, Inc. will and hereby moves this Court pursuant to Federal Rule of Civil Procedure 45 for an order compelling Sorrento Therapeutics, Inc. to produce documents as requested in Plaintiff's subpoena.  This filing relates to an action currently pending in the U.S. District Court for the District of New Jersey, Case No. 2:15-cv-04526-JLL-JAD, and a subpoena issued from the same court that was served in the Southern District of California and requested a response in the Southern District of California.

This Motion is based upon this Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Catherine Huang and the related Exhibits thereto, and any such other matters that the Court deems appropriate.

Dated:  June 17, 2016                    Respectfully submitted,

*/s/ Erin P. Gibson*
Erin P. Gibson (SBN 229305)
Catherine Huang (SBN 299696;
to be admitted *pro hac vice*)
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
T:  619.699.2862
F:  619.764.6662
erin.gibson@dlapiper.com

Michael D. Hynes
(to be admitted *pro hac vice*)
michael.hynes@dlapiper.com
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
F:  973.520.2551

DLA Piper LLP (US)
San Diego

EAST\125326817.1

-1-

PLAINTIFF'S MOTION TO ENFORCE SUBPOENA AND COMPEL PRODUCTION OF DOCUMENTS; CASE NO. _____

| | |
|---|---|
| 1 | Stuart E. Pollack |
| 2 | (to be admitted *pro hac vice*) |
|   | stuart.pollack@dlapiper.com |
| 3 | 1251 Avenue of the Americas, 27th Floor |
| 4 | New York, New York  10020-1104 |
|   | T:  212.335.4500 |
| 5 | F:  212.335.4501 |
| 6 | |
|   | Steven R. Marino |
| 7 | (to be admitted *pro hac vice*) |
|   | steven.marino@dlapiper.com |
| 8 | 51 John F. Kennedy Parkway, Suite 120 |
| 9 | Short Hills, New Jersey  07078-2704 |
|   | T:  973.520.2544 |
| 10 | F:  973.520.2584 |
| 11 | |
|    | *Attorneys for Plaintiff* |
| 12 | *Immunomedics, Inc.* |

DLA PIPER LLP (US)
SAN DIEGO

EAST\125326817.1

-2-

PLAINTIFF'S MOTION TO ENFORCE SUBPOENA
AND COMPEL PRODUCTION OF DOCUMENTS;
CASE NO. _____